No. 01–1713. REPUBLICAN CAUCUS OF PENNSYLVANIA HOUSE OF REPRESENTATIVES *v.* VIETH ET AL.  Appeal from D. C. M. D. Pa. dismissed for want of jurisdiction.

No. 01–1817. JUBELIRER, LIEUTENANT GOVERNOR OF PENNSYLVANIA, ET AL. *v.* VIETH ET AL.;
No. 01–1823. SCHWEIKER, GOVERNOR OF PENNSYLVANIA, ET AL. *v.* VIETH ET AL.;
No. 01–1873. VIETH ET AL. *v.* JUBELIRER, LIEUTENANT GOVERNOR OF PENNSYLVANIA, ET AL.; and
No. 02–135. JUBELIRER, LIEUTENANT GOVERNOR OF PENNSYLVANIA, ET AL. *v.* VIETH ET AL.  Appeals from D. C. M. D. Pa. dismissed as moot.  Reported below: Nos. 01–1817 and 01–1823, 195 F. Supp. 2d 672; Nos. 01–1873 and 02–135, 188 F. Supp. 2d 532.

No. 01–1340. HOHN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position asserted by the Solicitor General in his brief for the United States filed June 12, 2002.

No. 01–1693. WILLINGHAM *v.* LOUGHNAN ET AL.  C. A. 11th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hope* v. *Pelzer*, 536 U. S. 730 (2002).

No. 01–1731. RAPIER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ashcroft* v. *Free Speech Coalition*, 535 U. S. 234 (2002).